AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miles-LaGrange, Vicki L. | Western District of Oklahoma | 05/11/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>200 N.W. 4th Street/Rm 3301<br>Oklahoma City, Ok 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Oklahoma Foundation for Excellence |
| 2. Mid-Western Regional Director | Alpha Kappa Alpha Sorority, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1993 | Oklahoma State Employees Retirement |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 10: 42 FINANCIAL DISCLOSURE OFFICE

Miles-LaGrange_Vicki_L

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alpha Kappa Alpha Sorority, Inc. | Jan. 12-15 | Washington, D.C. | Centennial Celebration | transportation, lodging, meals |
| 2. | Alpha Kappa Alpha Sorority, Inc. | Jan. 26-27 | Iowa City, IA | Meeting | transportation, lodging, meals |
| 3. | Alpha Kappa Alpha Sorority, Inc. | Feb. 9 | Denver, CO | Meeting | transportation |
| 4. | Alpha Kappa Alpha Sorority, Inc. | Feb. 10 | Kansas City, MO | Meeting | transportation |
| 5. | Alpha Kappa Alpha Sorority, Inc. | Feb. 28-March 2 | Washington, D.C. | Directorate Meeting | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miles-LaGrange, Vicki L. | 05/11/2009 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. Alpha Kappa Alpha Sorority, Inc. | April 25-27 | Dearborn, MI | Great Lakes Reg. Conf. | transportation, lodgeing, meals |
| 7. Alpha Kappa Alpha Sorority, Inc. | June 10 | Omaha, NE | Site Meeting | transportation |
| 8. Alpha Kappa Alpha Sorority, Inc. | July 9-18 | Washington, D.C. | Boule | transportation, lodging, meals |
| 9. Alpha Kappa Alpha Sorority, Inc. | Aug. 28-30 | Houston, TX | Orientation | transportation, lodging, meals |
| 10 Alpha Kappa Alpha Sorority, Inc. | Sept. 12-13 | Kansas City, MO | Undergraduate Round-Up | transportation, lodging, meals |
| 11 Alpha Kappa Alpha Sorority, Inc. | Oct. 25 | Denver, CO | Cluster A Meeting | transportation |
| 12 Alpha Kappa Alpha Sorority, Inc. | Oct. 30-Nov.1 | Charleston, SC | Directorate Meeting | transportation, lodging, meals |
| 13 Alpha Kappa Alpha Sorority, Inc. | Nov.1 | Kansas City, KS | Education Hall of Fame | transportation,lodging,meals |
| 14 Alpha Kappa Alpha Sorority, Inc. | Nov. 14-15 | Kansas City, MO | M Western Leadership Conf | transportation, lodging, meals |
| 15 Alpha Kappa Alpha Sorority, Inc. | Dec. 6 | Kansas City, MO | Leadership Training | transportation |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BancFirst | Mortgages on investment properties #2 & #3,OKC, OK, pt VII, lines 2 & 4 | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment property #1, Washington, D.C. | E | Rent | N | W | | | | | |
| 2. Investment property #2, Oklahoma City, OK | D | Rent | L | W | | | | | |
| 3. Undeveloped land, Oklahoma City, OK -attached to property #2 | | None | K | W | | | | | |
| 4. Investment property #3, Oklahoma City, OK | D | Rent | | | Sold | 12/08 | K | | Community Enhancement Corp |
| 5. Investment property # 4, Oklahoma City, OK | | None | | · | Sold | 12/08 | J | | Community Enhancement Corp |
| 6. Investment property #5, Oklahoma City, OK | | None | | | Sold | 12/08 | K | | Community Enhancement Corp |
| 7. Investment property #6, Oklahoma City, OK | | None | J | R | Buy | 04/08 | K | | Frank Luster, III, |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In my position as Mid-Western Regional Director for Alpha Kappa Alpha Sorority, Inc., I also receive a reimbursement of administrative expenses incident to my duties and overall travel in support of the chapters of the region.

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544